(January 16, 1904.)

## COATS v. HARRIS.

'[75 Pac. 246.]

APPEAL FROM JUDGMENT—WHEN WILL BE DISMISSED.

1. When it is shown that all the questions involved in the appeal from the judgment have been decided on an appeal from an order overruling a motion for a new trial, such appeal will be dismissed.

APPEAL from District Court of Owyhee County. Honorable George H. Stewart, Judge.

Judgment for respondent, from which appellant appeals. Appeal dismissed.

E. and J. F. Nugent, for Appellant.

E. M. Wolfe and R. Cunningham, for Respondent.

STOCKSLAGER, J.—This court having at the present term decided a case here on appeal from an order of the district court of Owyhee county from an order overruling a motion for a new trial [ante, p. 458, 75 Pac. 243], and all the questions involved in this appeal having been disposed of by the judgment in that case, the appeal herein is dismissed with costs to respondent.